



## OPINION

No. 04-10-00714-CV

**IN RE** Andrew **CAMERON,** Sylvia Maria **CAMERON,**
and Vanessa **CAMERON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  October 20, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On October 5, 2010, relator filed a petition for writ of mandamus, requesting that this court order the Honorable Gloria Saldaña to set aside the order granting the motion for new trial. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to relief sought against the Honorable Gloria Saldaña. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-01356, styled *In the Interest of S.A.J., III*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding. However, the order granting the new trial was signed by the Honorable Renée F. McElhaney, presiding judge of the 73rd Judicial District Court, Bexar County, Texas.